# United States Court of Appeals
## For the First Circuit

Nos. 07-1663, 07-1664

EMILY MCINTYRE, AS ADMINISTRATOR OF THE ESTATE OF JOHN L.
MCINTYRE; CHRISTOPHER MCINTYRE, IN HIS CAPACITY AS CO-
ADMINISTRATOR OF THE ESTATE OF JOHN L. MCINTRYE,

Plaintiffs, Appellees/Cross-Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellant/Cross-Appellee

H. PAUL RICO; JOHN MORRIS; JOHN J. CONNOLLY, JR.; RODERICK
KENNEDY; ROBERT R. FITZPATRICK; JAMES RING; JAMES W. GREENLEAF;
JAMES AHEARN; KEVIN J. WEEKS; JAMES J. BULGER; STEPHEN J. FLEMMI;
JOHN DOE Number 1-50; FEDERAL BUREAU OF INVESTIGATION; LAWRENCE
SARHATT; JOHN V. MARTORANO; RICHARD F. BATES; JOSEPH YABLONSKY;
JAMES F. SCANLON; DENNIS F. CREEDON; THOMAS J. DALY,

Defendants.

**ERRATA SHEET**

The opinion of this court issued on October 16, 2008 is
amended as follows:

On page 44, line 20, "No costs are awarded" should be replaced
with "Appellees are awarded costs."